UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80169-Cr-Rosenberg

UNITED STATES OF AMERICA,

vs.

STEVEN KAHN and
PAMELA EDWIN,
      Defendants.
_____ /

**UNITED STATES' BILL OF PARTICULARS AS TO CRIMINAL FORFEITURE**

  THE UNITED STATES OF AMERICA, by this Bill of Particulars as to Criminal Forfeiture, hereby identifies with particularity specific property subject to criminal forfeiture upon conviction in this case.

  1. Upon conviction of a federal healthcare offense, or a conspiracy to commit a federal healthcare offense, as defined by Title 18, United States Code, Section 24, as alleged in the Indictment [ECF No. 3] filed in this case, the defendant so convicted shall forfeit to the United States of America, pursuant to 18 U.S.C. § 982(a)(7), any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of such violation.

  2. Upon conviction of a violation of Title 18, United States Code, Section 1956, as alleged in the Indictment [ECF No. 3] filed in this case, the defendant, **STEVEN KAHN**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such violation, or any property traceable to such property.

3. The property, which is subject to criminal forfeiture, includes, but is not limited to, the following:

    (a)    Forfeiture Money Judgments:

    (1)    Upon conviction of a Federal healthcare offense, as alleged in the Indictment [ECF No. 3] filed in this case, the United States of America will seek entry of a forfeiture money judgment against each defendant so convicted in an amount equal in value to the property, real or personal, obtained by the convicted defendant, which constitutes, or was derived, directly or indirectly, from gross proceeds traceable to such offense; and

    (2)    Upon conviction of a money laundering offense, as alleged in this Indictment, the United States of America will seek entry of a forfeiture money judgment against the defendant, **STEVEN KAHN**, in an amount equal in value property, real or personal, involved in such violation, or any property traceable to such property.

    (b)    Real Property:

    (1)    The real property known and numbered as **20112 BACK NINE DRIVE, BOCA RATON, FLORIDA 33498**, together with all structures, appurtenances, improvements, and attachments located thereon and/or therein;

    (2)    The real property known and numbered as **330 SE 1ST AVENUE, DELRAY BEACH, FLORIDA 33444**, together with all structures, appurtenances, improvements, and attachments located thereon and/or therein;

    (3)    The real property known and numbered as **415 SE 3RD AVENUE, DELRAY BEACH, FLORIDA 33483**, together with all structures, appurtenances, improvements, and attachments located thereon and/or therein;

(4) The real property known and numbered as **909 SE 4TH AVENUE, DELRAY BEACH, FLORIDA 33483**, together with all structures, appurtenances, improvements, and attachments located thereon and/or therein;

(5) The real property known and numbered as **932 SE 4TH AVENUE, DELRAY BEACH, FLORIDA 33483**, together with all structures, appurtenances, improvements, and attachments located thereon and/or therein

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *s/Daren Grove*
_____
Daren Grove (Court No. A5501243)
Assistant United States Attorney
E-mail: daren.grove@usdoj.gov
500 E. Broward Boulevard, Suite 812
Fort Lauderdale, Florida 33394
Telephone: 954.660.5774
Facsimile:   954.356.7180

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/Daren Grove*
_____
Daren Grove
Assistant United States Attorney