UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 19-CR-80169-ROSENBERG/MATTHEWMAN

UNITED STATES OF AMERICA

v.

PAMELA EDWIN,

        Defendant.

_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in or around May 2018 through in or around April 2019, Defendant PAMELA EDWIN ("EDWIN" or the "Defendant") knowingly and willfully conspired and agreed with his co-conspirators to commit health care fraud, in violation of Title 18, United States Code, Section 1349.

The Medicare Program ("Medicare") was a federal healthcare program that provided free or below-cost health care benefits to certain individuals, primarily the elderly, blind, and disabled. Medicare was a "healthcare benefit program," as defined by Title 18, United States Code, Section 24(b). Medicare programs covering different types of benefits were separated into different program "parts." "Part B" of Medicare covered, among other things, durable medical equipment ("DME"), including certain orthotic devices, such as knee, wrist, back, and shoulder braces (collectively, "braces") that were medically necessary. Medicare prohibited the submission of claims that were procured through the payment of illegal kickbacks and bribes.

Sunrise Medical, Inc. ("Sunrise"), RAS Marketing Services, Inc. ("RAS"), STK Marketing, Inc. ("STK"), and Sunrise Medical Marketing, Inc. ("Sunrise") (collectively, the "Sunrise Entities") were Florida corporations that did business in the Southern District of Florida, and purported to offer telemedicine consultation services to Medicare beneficiaries. In reality, the Sunrise Entities paid bribes and kickbacks to telemedicine physicians to e-sign doctors' orders for medically unnecessary orthotic braces. The Sunrise Entities then sold the doctors' orders to offshore call centers and DME companies in exchange for bribes and kickbacks.

Steven Kahn was an owner and acted as the CEO of the Sunrise Entities. Rich Marotte was an owner and acted as COO of the Sunrise Entities. Defendant was the office manager of the Sunrise Entities. As the office manager, the Defendant was the point of contact for telemedicine physicians. Her role included hiring telemedicine physicians to e-sign doctors' orders, and ensuring that physicians signed all of the orders "assigned" to them through an online portal.

At the direction of Kahn, the Defendant pressured telemedicine physicians to e-sign doctors' orders for orthotic braces as quickly as possible, often without speaking to the Medicare beneficiaries for whom they were prescribing. The Defendant, and employees working under the Defendant, pre-filled doctors' orders for telemedicine physicians to electronically sign. When DME companies complained that they were unable to bill Medicare with the doctors' orders purchased from the Sunrise Entities, the Defendant worked with telemedicine physicians to generate a new order that could be used to bill Medicare.

/ /

/ /

/ /

Between May 2018 and April 2019, doctors' orders generated through the Sunrise Network were used to fraudulently bill Medicare approximately $24.8 million.

Date: 8/23/2021

By: _____
CATHERINE E. WAGNER
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

Date: 8/25/2021

By: _____ on behalf of Pamela Edwin
PAMELA EDWIN
DEFENDANT

Date: 8/24/2021

By: _____
KRISTY MILITELLO, AFPD
COUNSEL FOR DEFENDANT