UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80169-CR-ROSENBERG

UNITED STATES OF AMERICA

vs.

PAMELA EDWIN,

        **Defendant.**

_____/

### GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE

The government, by and through undersigned counsel, respectfully moves this Court to depart downward from the applicable Advisory Guidelines sentencing range of Defendant Pamela Edwin, pursuant to Section 5K1.1 of the United States Sentencing Guidelines and Title 18, United States Code, Section 3553. In support, the government states as follows:

1. On August 25, 2021, Ms. Edwin pled guilty to one count of conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349. [ECF No. 129.]

2. As a result of the Defendant's substantial assistance, the government recommends a fifty percent (50%) reduction to her Guidelines sentencing range.

3. Ms. Edwin has provided the government with substantial assistance. On over a dozen occasions, she met with the United States to debrief or for trial preparation regarding the companies she worked for, medical providers who signed doctors' orders on behalf of those companies, and other individuals who were part of the conspiracy. She identified key documents relevant to her cooperation and provided information regarding more than ten individuals or entities. Ms. Edwin also testified truthfully as a government witness in two trials: (1) *United States v. Hernandez*, 1:22-cr-20152, in the Southern District of Florida; and (2) *United States v. Young*, 3:21-cr-00417, in the Northern District of Texas. She was considered as a potential government

witness in two other trials which resolved without requiring her testimony and is expected to testify in an upcoming trial in May 2025, *United States v. Blackman*, 1:23-cr-20271, in the Southern District of Florida.

4.   As a result of this assistance, the government recommends a reduction of fifty percent (50%) off her Sentencing Guidelines range.

5.   Pursuant to the Guidelines sentencing range calculated within the Presentence Investigation Report ("PSR"),[1] Ms. Edwin's Guidelines sentencing range is 51–63 months. A fifty-percent reduction would result in a Guidelines sentencing range of 26–32 months.

6.   As required by Local Rule 88.9(a) of the U.S. District Court for the Southern District of Florida, the undersigned counsel has conferred with counsel for Ms. Edwin, who does not oppose the filing of a departure motion but wishes to address the appropriate sentence at the sentencing hearing.

Date:   December 19, 2024                    Respectfully submitted,

                                                         MARKENZY LAPOINTE
                                                        UNITED STATES ATTORNEY

                                                        GLENN S. LEON, CHIEF
                                                        U.S. DEPARTMENT OF JUSTICE
                                                        CRIMINAL DIVISION, FRAUD SECTION

By:   */s/ Catherine Wagner*
            Catherine Wagner (No. A5502410)
            Senior Litigation Counsel
            U.S. Department of Justice
            Criminal Division, Fraud Section
            1400 New York Ave NW
            Washington, DC 20005
            Phone: (202) 794-0097
            Catherine.Wagner@usdoj.gov

---

[1] As indicated in the Second Addendum to the Presentence Report, the Government has no objections to the most recent PSR other than those argued and ruled upon by the Court at the original sentencing hearing. [ECF No. 175-2.]

## CERTIFICATE OF SERVICE

I hereby certify that, on December 19, 2024, I served and filed the forgoing document with the Clerk of the Court via ECF.

                By:    */s/ Catherine Wagner*
                            Catherine Wagner